United States Courts
Southern District of Texas
FILED

OCT 0 7 2005

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | CR C-05-602M |
| | § | |
| Macedonio Rios, III | § | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

SIGNED this __7__ day of __October__, 2005.

B. Janice Ellington
UNITED STATES MAGISTRATE JUDGE

**Prelim./Det. Hrg. are scheduled for:
October 7, 2005 at 11:00 a.m.**